# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

John Wiley & Sons, Ltd., et al.

                          Plaintiff,

v.

Case No.: 1:12−cv−01446

Honorable Charles R. Norgle Sr.

McDonell Boehnen Hulbert & Bergoff LLP, et al.

                          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, March 22, 2012:

      MINUTE entry before Honorable Charles R. Norgle, Sr: Agreed Motion for Extension of Time to Answer [12] is granted. The parties need not appear on March 23, 2012. Mailed notice(ewf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.