UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN WILEY & SONS, LTD., and AMERICAN INSTITUTE OF PHYSICS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP, and JOHN DOE NOS. 1-10, | ) ) ) ) | 12 C 1446<br><br>Judge Norgle |
| Defendants, | ) ) | |
| and | ) ) | |
| THE UNITED STATES PATENT AND TRADEMARK OFFICE, | ) ) ) | |
| Proposed Intervening Defendant. | ) | |

**MOTION TO INTERVENE OF THE**
**UNITED STATES PATENT AND TRADEMARK OFFICE**

The United States Patent and Trademark Office ("USPTO"), pursuant to Rule 24 of the Federal Rules of Civil Procedure, respectfully moves this Court to enter an order granting it the right to intervene and to file the Answer, Affirmative Defense and Counterclaim attached as Exhibit A.

A memorandum of law accompanies this motion.

Based upon the government's discussions with counsel for plaintiff and defendant, plaintiff reserves its right to oppose this motion, while defendant does not oppose it.

1

## CONCLUSION

The USPTO respectfully requests that this Court grant its Motion to Intervene in the instant proceeding and accept its Answer, Affirmative Defense and Counterclaim, and for all other relief this Court deems appropriate and just.

DATED: May 31, 2012

                                            Respectfully submitted,

                                            PATRICK J. FITZGERALD
                                            United States Attorney

                                            By: <u>s/Katherine E. Beaumont</u>
.                                             KATHERINE E. BEAUMONT
                                               Assistant United States Attorney
                                               219 South Dearborn Street
                                               Chicago, Illinois 60604
                                               (312) 353-4088
                                               katherine.beaumont@usdoj.gov


                                             JOHN FARGO
                                             Director, Intellectual Property Staff
                                             Commercial Litigation Branch
                                             Civil Division
                                             Department of Justice
                                             Washington, DC 20530
                                             (202) 514-7223
                                             john.fargo@usdoj.gov

BERNARD J. KNIGHT, JR.
General Counsel
RAYMOND T. CHEN
Solicitor
THOMAS W. KRAUSE
THOMAS L. CASAGRANDE
Associate Solicitors
United States Patent and Trademark Office
Madison Building East, Room 10B20
600 Dulany Street
Alexandria, Virginia 22314

2