2012-10-19 Hearing Transcript.txt

 1

```
 1                    IN THE UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF ILLINOIS
 2                             EASTERN DIVISION

 3    JOHN WILEY & SONS, LTD., et al.,  )
                                        )
 4           Plaintiffs,                )
                                        ) No. 12 C 1446
 5              vs.                     ) Chicago, Illinois
                                        ) October 19, 2012
 6    MC DONNELL BOEHNEN HULBERT        ) 10:30 a.m.
         & BERGOFF, et al.,             )
 7                                      )
             Defendants.                )
 8
 9                        TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE CHARLES R. NORGLE, SR.
10
11    For the Plaintiffs:         DUNNEGAN & SCILEPPI LLC
                                  350 Fifth Avenue
12                                New York, New York 10118
                                  BY:  MR. WILLIAM I. DUNNEGAN
13
      For the Defendants:         KIRKLAND & ELLIS
14                                300 North LaSalle Street
                                  Chicago, Illinois 60654
15                                BY:  MR. BARRY F. IRWIN

16    Official Court Reporter:    MAELLEN E. PITTMAN, FCRR, RDR
                                  219 South Dearborn Street
17                                Room 2342
                                  Chicago, Illinois 60604
18                                (312) 435-5576

19

20

21

22

23

24

25
```

 2

2012-10-19 Hearing Transcript.txt
1           (Proceedings heard in open court:)
2               THE CLERK:   Are there any matters on the 10:30 call
3    where both counsel are present?
4               MS. MC GARRY:   Wiley, we are both here.
5               THE COURT:   Okay.
6               THE CLERK:   12 C 1446, John Wiley & Sons versus
7    McDonnell, Boehnen, Hulbert & Bergoff.
8               Motion to compel.
9               MR. IRWIN:   Hello, your Honor.
10              Barry Irwin for the defendant McDonell Boehnen Hulbert &
11   Bergoff.
12              THE COURT:   Good morning.
13              MR. DUNNEGAN:   Good morning, your Honor.
14              Bill Dunnegan and Annette McGarry for the plaintiffs.
15              THE COURT:   Good morning.
16              I have the several motions before me.
17              I informed Mr. Fulbright to take appropriate steps to
18   direct this matter to the assigned magistrate judge to deal with
19   these pretrial issues.
20              As I see this case, it appears that it will be before
21   the Court for a long period of time, involving numerous discovery
22   issues.  It starts out in a very contentious manner, and so
23   directing it to the magistrate judge in the first instance would
24   seem to be appropriate.
25              Ultimately, however, if the case were to go to trial, it

♀

                                                                     3


1    would be tried by the district court unless you were to otherwise
2    consent.
3               Now, one of the issues is Homeward Residential, Inc.'s
4    motion to stay and compel arbitration, and incorporated

2012-10-19 Hearing Transcript.txt
```
 5   memorandum in support.  There is --
 6            THE CLERK:  That's a different case.
 7            MS. MC GARRY:  Your Honor, I think that's a different
 8   case.
 9            THE COURT:  Excuse me.  That's the wrong case.  Too many
10   pleadings.
11            MS. MC GARRY:  Your pile got mixed up.
12            THE COURT:  Right.  You are correct.  I have the
13   remnants of a bench trial before me.
14            MR. DUNNEGAN:  We are flexible.  We could work with that
15   one too.
16            THE COURT:  But the long and short of it, we will get
17   back to this.  I now have the right motions that the magistrate
18   judge will take the task of dealing with this case in the early
19   stages, and that eventually if it does go to trial it will go to
20   trial in the district court.
21            Some of these issues will involve recommendations by the
22   magistrate judge and not necessarily decide the issues.  But at
23   this early stage, and being unfamiliar with the file, I can't
24   tell which that would be.
25            So proceed before the magistrate judge.  And I would say
                                                                    4


 1   wait about two weeks before you get in touch up with the
 2   magistrate judge, and follow whatever schedule he or she may set.
 3            And, of course, the magistrate judge can act pursuant to
 4   the limits of his authority under the rules.  But I want to
 5   assure you that when and if the case goes to trial, it will be in
 6   the district court.
 7            All right.  So all of your motions are filed, taken
```
Page 3

```
                     2012-10-19 Hearing Transcript.txt
 8   under advisement.  No briefing schedule is set by the district
 9   judge, they will be set by the magistrate judge.
10           Nothing would prevent you, however, from attempting to
11   try to settle the case while you are before the magistrate judge.
12           MS. MC GARRY:  Your Honor, with regards to the summary
13   judgment motion that was filed this week --
14           THE COURT:  On that particular issue, the magistrate
15   judge will not deal with summary judgment.
16           MS. MC GARRY:  Yes.  You have entered a briefing
17   schedule.
18           THE COURT:  I have already done that.  All right.  So
19   that would remain before the district judge.
20           MS. MC GARRY:  Okay.  One question.
21           The reply brief that was scheduled is due November 23rd,
22   which is the Friday after Thanksgiving.  And we were wondering if
23   we could get that moved to November 27th, the Tuesday.
24           THE COURT:  It is so ordered.
25           MS. MC GARRY:  Thank you, your Honor.
```

                                                                 5

```
 1           THE COURT:  I don't think I had the calendar before me
 2   when I did that.
 3           But the summary judgment will be before the district
 4   judge.
 5           Is there enough discovery already produced to deal with
 6   summary judgment in this case?
 7           MS. MC GARRY:  If I can address that, your Honor, yes.
 8           There are two issues raised by the summary judgment
 9   motion.  One is raw law:  Is laches a defense to the copyright
10   infringement.
11           The second is is there any evidence of prejudice by the
                                Page 4
```

2012-10-19 Hearing Transcript.txt
12  defendants which would meet the element of laches if laches
13  applies?
14        We have asked them two sets of interrogatories. We have
15  come up with one sentence of prejudice. We're saying that's not
16  sufficient.
17        THE COURT: All right. Now, on discovery that may go to
18  summary judgment, that you can bring to the attention of the
19  magistrate judge.
20        So when the motion for summary judgment is fully briefed
21  with sufficient discovery having occurred, then the district
22  court will rule.
23        But while this is in the processing stage, including
24  discovery and production, and so on, those kinds of issues will
25  be decided by the magistrate judge.

                                                                 6


 1        So when the final product is produced fully briefed, the
 2  district court will rule.
 3        All right. Thank you, counsel.
 4        MR. IRWIN: Thank you, your Honor.
 5        MR. DONNEGAN: Thank you, your Honor.
 6        MS. MC GARRY: Thank you, your Honor.
 7     (Proceedings concluded.)
 8                        C E R T I F I C A T E
 9        I, Maellen E. Pittman, do hereby certify that the
10  foregoing is a complete, true, and accurate transcript of the
11  proceedings had in the above-entitled case before the Honorable
12  CHARLES R. NORGLE, SR., one of the judges of said Court, at
13  Chicago, Illinois, on October 19, 2012.
14

```
                        2012-10-19 Hearing Transcript.txt
        15                      /s/ Maellen E. Pittman, FCRR, RDR
        16                      Official Court Reporter
        17                      United States District Court
        18                      Northern District of Illinois
        19                      Eastern Division
        20
        21
        22
        23
        24
        25
```