**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JOHN WILEY & SONS, LTD., AND AMERICAN INSTITUTE OF PHYSICS, ) ) ) | |
| Plaintiffs, ) ) | |
| -against- ) ) | 12 C 1446 |
| MCDONNELL BOEHNEN HULBERT ) ) | Judge Norgle |
| & BERGHOFF LLP, AND JOHN DOE NOS. 1-10, ) ) ) | Magistrate Judge Arlander Keys |
| Defendants, ) ) | |
| -and- ) ) | |
| THE UNITED STATES PATENT AND TRADEMARK OFFICE, ) ) ) | |
| Intervening Defendant and Counterclaim Plaintiff. ) ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION
FOR A PROTECTIVE ORDER**

Plaintiffs, John Wiley & Sons, Ltd. and American Institute of Physics (the "Publishers") respectfully submit this response to the motion of Defendant McDonnell Boehnen, Hulbert and Berghoff LLP ("McDonnell") for entry of a protective order.

The Publishers request that the Court enter the protective order annexed as Exhibit A. Unlike the protective order McDonnell has proposed, this proposed protective order would allow in-house counsel and employees of John Wiley & Sons, Inc. to review confidential material. These persons are identified by name in paragraph 4.b. of the proposed protective order, and are the decision makers for John Wiley & Sons Ltd., a

wholly-owned subsidiary of John Wiley & Sons, Inc., a public company. Each person will agree to be bound by the term of this protective order. Unless they are allowed to review confidential material in this action, John Wiley & Sons, Ltd. will be prejudiced.

          Respectfully submitted,

          /s/ Annette M. McGarry
          Annette M. McGarry (#6205751)
          amm@mcgarryllc.com
          Marianne C. Holzhall (#6204057)
          mch@mcgarryllc.com
          McGarry & McGarry, LLC
          120 North LaSalle Street, Suite 1100
          Chicago, IL 60602
          (312) 345-4600

          /s/ William Dunnegan
          William Dunnegan (*Pro Hac Vice*)
          Laura Scileppi (*Pro Hac Vice*)
          Dunnegan & Scileppi LLC
          350 Fifth Avenue
          New York, New York 10118
          (212) 332-8300

          Attorneys for Plaintiffs

<u>Certificate of Service</u>

The undersigned certifies that a copy of the foregoing Plaintiffs' Response To Defendants' Motion for a Protective Order was served via the ECF system on the following counsel of record on December 4, 2012:

Barry F. Irwin, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654

Dale Cendali
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

Jason M. Koransky
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654

Leif R. Sigmond, Jr.
MCDONNEL BOEHNEN
      HULBERT & BERGHOFF LLP
300 South Wacker Drive
32nd Floor
Chicago, IL 60606

Katherine E. Beaumont
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604

John Fargo
Director, Intellectual Property Staff
Department of Justice
Washington, D.C. 20530

                                        <u>s/Annette M. McGarry</u>
                                          Annette M, McGarry