# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judg | Judge Norgle | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 12 C 1446 | **DATE** | 12/5/2012 |
| **CASE TITLE** | colspan="3" | **John Wiley & Sons   V   McDonnell Boehnen Hulbert & Berghoff, LLP** |

**DOCKET ENTRY TEXT**

Motion hearing held on Defendant's motion for a protective order. The motion is entered and continued to 12/14/2012. The parties to meet and confer in an attempt to resolve this matter by 12/10/12. Plaintiffs to advise defendants as to why non-party subsidiaries and other individuals need access to Defendant's confidential information as discussed on the record. Defendant is granted leave to file a supplement to the motion to compel by the end of the business day today. Plaintiff to file their reply to Defendant's motion to compel by 12/12/12 [47]. Status hearing set for 12/14/2012 at 9:00 a.m for ruling on both motions [47,64].

Docketing to mail notices.

00:15;oah

| | Courtroom Deputy | AC |
|---|---|---|