## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

John Wiley & Sons, Ltd., et al.

                    Plaintiff,

v.                              Case No.: 1:12–cv–01446

                              Honorable Charles R. Norgle Sr.

McDonnell Boehnen Hulbert & Berghoff, LLP, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 14, 2012:

      MINUTE entry before Honorable Arlander Keys: Motion hearing held on Defendants motion for a protective order and a motion to compel. The Court will rule by mail on the pending motions [47,63]. Mailed notice(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.