IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN WILEY & SONS, LTD. AND AMERICAN INSTITUTE OF PHYSICS,<br><br>Plaintiffs,<br><br>vs.<br><br>MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP, AND JOHN DOE NOS. 1-10,<br><br>Defendants,<br><br>and<br><br>THE UNITED STATES PATENT AND TRADEMARK OFFICE,<br><br>Intervening Defendant and Counterclaim Plaintiff. | Case No. 12-cv-01446<br><br>Hon. Charles R. Norgle<br><br>Magistrate Judge Arlander Keys<br><br>**JURY TRIAL DEMANDED** |

## [AGREED PROPOSED] SCHEDULING ORDER

This Court hereby enters the following Scheduling Order:

| Task | Date |
|---|---|
| Plaintiffs Complete Document Production | 9/30/2013 |
| Fact Discovery Closed | 10/31/2013 |
| Expert Opening Reports | 11/22/2013 |
| Expert Rebuttal Reports | 1/10/2014 |
| Expert Discovery Closed | 2/7/2014 |

The Court hereby strikes the status hearing scheduled for Monday, September 23, 2013, at 9:00 a.m. for this matter.

SO ORDERED on this 20th day of September 2013.

_____
Magistrate Judge Arlander Keys